**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, OR  97280
Telephone:  (503) 251-0707
Fax:  (844) 895-7503
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVID D. MELTON**

        Plaintiff,

  vs.

**COMMISSIONER,**
Social Security Administration,

        Defendant.

Civil No.: 3:17-cv-00368-AA

ORDER REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)

    Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $13,250.78 are hereby awarded to plaintiff's attorney, Karen Stolzberg, pursuant to the Motion and Memorandum filed with this Court. The agency is directed to pay this amount in full to plaintiff and send it to his attorney at:

    PO Box 19699
    Portland, OR 97280

    IT SO ORDERED.

    Dated   November 5, 2020

                                        /s/Ann Aiken
                                        US District Judge